McGREGOR W. SCOTT
United States Attorney
CATHERINE J. CERNA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2762

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. STATE OF CALIFORNIA, JOHN CORAPI, and JOSEPH F. ZERGA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TENET HEALTHCARE CORPORATION, REDDING MEDICAL CENTER, INC., CHAE H. MOON, M.D., FIDEL REALYVASQUEZ, M.D., CARDIOLOGY ASSOCIATES OF NORTHERN CALIFORNIA, and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | CV-S-02-2423 WBS-GGH<br><br>ORDER on THE UNITED STATES' EX PARTE REQUEST TO EXTEND THE TIME WITHIN WHICH TO FILE DISPOSITION DOCUMENTS |

　　　Upon consideration of the UNITED STATES' EX PARTE REQUEST TO EXTEND THE TIME WITHIN WHICH TO FILE DISPOSITION DOCUMENTS for 45 days, to and including June 2, 2006, and for good cause shown,

　　　Counsel in the above-captioned matter shall have until and including June 2, 2006, to file settlement/dismissal documents.

　　　IT IS SO ORDERED.

DATED: April 20, 2006

　　　　　　　　　　　　　　　　/s/ William B. Shubb
　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE