1  McGREGOR W. SCOTT
   United States Attorney
2  CATHERINE J. CERNA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2762

5  Attorney for the
   United States of America

6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA ex   )   CV-S-02-2423 WBS-GGH
12 rel. JOHN CORAPI, and         )
   JOSEPH F. ZERGA,              )
13                               )   **STIPULATION FOR DISMISSAL**
        and                      )   **AND ORDER**
14                               )   **OF DISMISSAL**
   STATE OF CALIFORNIA ex rel.   )
15 JOHN CORAPI, and JOSEPH F.    )
   ZERGA,                        )
16                               )
            Plaintiffs,          )
17                               )
        v.                       )
18                               )
   TENET HEALTHCARE CORPORATION, )
19 REDDING MEDICAL CENTER, INC., )
   CHAE H. MOON, M.D., FIDEL     )
20 REALYVASQUEZ, M.D., CARDIOLOGY)
   ASSOCIATES OF NORTHERN        )
21 CALIFORNIA, and DOES 1 through)
   100, Inclusive,               )
22                               )
            Defendants.
23

24     Pursuant to the terms of written Settlement Agreements, and
25 pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the
26 parties, by and through their respective counsel, hereby
27 stipulate that this action be dismissed with prejudice.
28 ///

                                  1

IT IS SO STIPULATED.

DATED:                          /s/ Daniel Marks
                                Daniel Marks
                                Law Offices of Daniel Marks
                                Counsel for relators Corapi and
                                Zerga


DATED:                          McGREGOR W. SCOTT
                                United States Attorney

                           By:  /s/ Catherine Cerna
                                CATHERINE CERNA
                                Assistant U.S. Attorney
                                Attorneys for the United States

DATED:                          /s/ Malcolm Segal
                                Malcolm Segal
                                Segal & Kirby
                                Counsel for Defendant Dr.
                                Realyvasquez


DATED:                          /s/ Matthew G. Jacobs
                                Matthew G. Jacobs
                                DLA Piper Rudnick Gray Cary U.S.
                                   LLP
                                Counsel for Defendant Dr. Moon


DATED:                          /s/ Jonz Norine for
                                Steven R. Enochian
                                Enochian & Kenny
                                      Counsel for Defendants Dr.
                                 Moreno-Cabral and Dr. Brusett
                                 (Original signatures
                                 retained by attorney)

2

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

DATED: June 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE