```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CATHERINE J. CERNA
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2762

 5  Attorney for the
    United States of America
 6
 7
 8
                   IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA ex    )  CV-S-02-2423 WBS-GGH
12  rel. JOHN CORAPI, and          )
    JOSEPH F. ZERGA,               )
13                                 )  STIPULATION FOR DISMISSAL
          and                      )  AND ORDER
14                                 )  OF DISMISSAL
    STATE OF CALIFORNIA ex rel.    )
15  JOHN CORAPI, and JOSEPH F.     )
    ZERGA,                         )
16                                 )
              Plaintiffs,          )
17                                 )
          v.                       )
18                                 )
    TENET HEALTHCARE CORPORATION,  )
19  REDDING MEDICAL CENTER, INC.,  )
    CHAE H. MOON, M.D., FIDEL      )
20  REALYVASQUEZ, M.D., CARDIOLOGY )
    ASSOCIATES OF NORTHERN         )
21  CALIFORNIA, and DOES 1 through )
    100, Inclusive,                )
22                                 )
              Defendants.
23
24       Pursuant to the terms of written Settlement Agreements, and
25  pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the
26  parties, by and through their respective counsel, hereby
27  stipulate that this action be dismissed with prejudice.
28  ///
```

1

1 | IT IS SO STIPULATED.

4 | DATED:                              /s/ Daniel Marks
                                        Daniel Marks
                                        Law Offices of Daniel Marks
                                        Counsel for relators Corapi and
                                        Zerga

9 | DATED:                              McGREGOR W. SCOTT
                                        United States Attorney

11 |                              By:   /s/ Catherine Cerna
                                        CATHERINE CERNA
                                        Assistant U.S. Attorney
                                        Attorneys for the United States

14 | DATED:                              /s/ Malcolm Segal
                                        Malcolm Segal
                                        Segal & Kirby
                                        Counsel for Defendant Dr.
                                        Realyvasquez

19 | DATED:                              /s/ Matthew G. Jacobs
                                        Matthew G. Jacobs
                                        DLA Piper Rudnick Gray Cary U.S.
                                           LLP
                                        Counsel for Defendant Dr. Moon

23 | DATED:                              /s/ Jonz Norine for
                                        Steven R. Enochian
                                        Enochian & Kenny
                                              Counsel for Defendants Dr.
                                         Moreno-Cabral and Dr. Brusett
                                         (Original signatures
                                         retained by attorney)

2

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

DATED:  June 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE